**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 28 2007

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 07-385 |
| Plaintiff, ) | |
| ) | 21 U.S.C. § 841(a)(1) and 21 U.S.C. |
| vs. ) | § 841(b)(1)(A): Possession with Intent to |
| ) | Distribute 50 grams and more of Cocaine |
| ADAM ROBERT MANN, ) | Base and 18 U.S.C. § 2; |
| ) | |
| Defendant. ) | 18 U.S.C. § 924 (c)(1)(A)(i): Carrying a |
| ) | Firearm During and in Relation to a Drug |
| ) | Trafficking Crime; and |
| ) | |
| ) | 18 U.S.C. §§ 922(g)(3) and 924(a)(2): |
| ) | Person in Possession of a Firearm Who |
| ) | is an Unlawful User of or Addicted to any |
| ) | Controlled Substance. |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about the 18th day of July, 2005, in Santa Fe County, in the State and District of New Mexico, the defendant, **ADAM ROBERT MANN,** did unlawfully, knowingly and intentionally possess with intent to distribute 50 grams and more of a mixture and substance containing a detectable amount of Cocaine Base, more commonly known as "crack", a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(A) and 18 U.S.C. § 2.

### COUNT 2

On or about the 18th day of July, 2005, in Santa Fe County, in the State and District of New Mexico, the defendant, **ADAM ROBERT MANN,** knowingly carried a firearm, to wit:

a Taurus model 431 44 Special revolver, bearing Serial Number LA57136, during and in relation to a drug trafficking crime, for which the defendant may be prosecuted in a court of the United States, as alleged in Count 1 of the Indictment, to wit: Possession With Intent to Distribute 50 grams and more of a mixture and substance containing a detectable amount of Cocaine Base, more commonly known as "crack", a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(A).

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

### COUNT 3

On or about the 18th day July, 2005, in Santa Fe County, State and District of New Mexico, the defendant, **ADAM ROBERT MANN**, being an unlawful user of or addicted to cocaine base, a controlled substance as defined in 21 U.S.C. § 802, did unlawfully and knowingly, in and affecting commerce, possess a firearm, to wit: a Taurus model 431 44 Special revolver, bearing Serial Number LA57136.

In violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2).

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

DAVID C. IGLESIAS
United States Attorney

01/26/07  3:37pm

S:\indict\2007\Feburary 2007\Mann Adam Robert Indictment.wpd

2