Honorable Judge C. Leroy Hansen
333 Lomas N.W.
Albuquerque New Mexico 87102

JUN -1 2009
FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUN 09 2009
MATTHEW J. DYKMAN
CLERK

RE: US v Adam Mann Case #1:07-cr-385-LH

Dear Honorable Judge C. Leroy Hansen

I am writing you this letter today to ask you for an update on the Motion I filed back on 8/19/08 to withdraw my plea and my attorney. I still have not had any communication with Mr Clear and I still do not understand what is going on with my case. I got to share a few words with Tom in the state court room on May, 4, 09 whitch our conversation was limited due to the fact court was being held. I have called Mr Clears office so many times and left alot of messages and still nothing. I feel I have done everything in my power to come to some kind of understanding and Mr. Clear has failed to do so. I am asking for a court appointed attorney at this time and to withdraw my plea. I am very scared right now and worried what is gonna happen with me. I really need an attorney that will let me know what is going



on with my case. I am not trying to stir up any more problems with these letters im writing to you I am in enough trouble as it is. I would just like to know that I have an attorney that is working for me and with me to help me in the best way. I have a mother, fiancé and two children I am trying to get back to that really need me. Please consider this letter I have wrote you. Thanks for taking the time to do so.

Respectfully Submitted

Adam R Mann
Adam R Mann



MAILED FROM
JUN 03 2009
SANDOVAL COUNTY DETENTION CENTER

Adam Mann
1100 Montoya Rd
Bernalillo N. Mexico
87004

ALBUQUERQUE NM 871
02 JUN 2009 PM 2 T

JUN -4 2009

RECEIVED
At Albuquerque NM

JUN 0 4 2009

MATTHEW J. DYKMAN
CLERK

Honorable Judge C. Leroy Hansen
333 Lomas N.W
Albuq. N. Mexico 87102

87102+2272