# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW MEXICO

### Petition for Revocation of Supervised Release

| | |
|---|---|
| Name of Offender: | Adam Robert Mann |
| Docket Number: | 1084 1:07CR00385 -001LH |
| Assigned Judge: | Honorable C. Leroy Hansen, Senior United States District Judge |
| Date of Original Sentence: | 06/30/2009 |
| Original Offense: | 21 U.S.C. 841(b)(1)(B): Possession with Intent to Distribute 5 Grams and More of Cocaine |
| | 18 U.S.C. 924(c)(1)(A)(i): Carrying a Firearm During and in Relation to a Drug Trafficking Crime |
| Original Sentence: | BOP: 147 months; TSR:4 years |
| Date Supervision Commenced: | 12/29/2015 |
| Date Supervision Expires: | 12/28/2019 |
| Other Court Action: | 03/17/2016: Report on Offender Under Supervision No Court Action Recommended was filed advising the court the defendant had consumed alcohol on 3/15/2016. The defendant was placed in substance abuse counseling at The Evolution Group in Albuquerque, New Mexico and the frequency of his drug and alcohol tests increased. |

## PETITIONING THE COURT

To issue a warrant.

U.S. Probation Officer of the Court, Traci Baca, alleges the offender has violated the following condition(s) of supervised release.

| *Violation Type* | *Nature of Noncompliance* |
|---|---|
| MC | You must not commit another federal, state, or local crime. |
| | On June 12, 2017, the defendant was arrested by the Bernalillo County Sheriff's Office and charged with Fraud. The defendant was booked into the Bernalillo County Metropolitan Detention Center in Albuquerque, New Mexico. |

The maximum statutory penalty: 3 years imprisonment; 5 years supervised release.
The revocation range of imprisonment: 8 to 14 months.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 06/12/2017.

Submitted:                                          Approved:                              ☒ Phone Approval

_____                     _____
Traci  Baca                                         Kimberly Brawley
U.S. Probation Officer                              Assistant U.S. Attorney

                                                    Date: 06/12/2017