## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 07-385 JAP |
| | ) | |
| vs. | ) | |
| | ) | |
| ADAM ROBERT MANN, | ) | |
| | ) | |
| Defendant. | ) | |

## **UNITED STATES' MOTION TO DISMISS PETITION FOR REVOCATION OF SUPERVISED RELEASE**

The United States of America moves this Court for an order dismissing the Petition for Revocation of Supervised Release (Doc. 85) as to Defendant Adam Robert Mann for the reasons listed below:

1. The reason for the Petition for Revocation of Supervised Release is, on June 12, 2017, the defendant was arrested by the Bernalillo County Sheriff's Office and charged with Fraud.

2. The State of New Mexico has not formally charged the defendant for over one year since the date of arrest.

3. Traci Baca, U.S. Probation Officer was contacted and does not oppose dismissal.

4. John Robbenhaar, attorney for the defendant was contracted and does not oppose dismissal.

WHEREFORE, the United States respectfully requests that this motion be granted and that the Court dismiss the Petition for Revocation of Supervised Release in this case.

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

     */s/*
JON K. STANFORD
Assistant United States Attorney
P.O. Box 607
Albuquerque, N.M. 87103
(505) 346-7274

I HEREBY CERTIFY I filed the foregoing electronically through the CM/ECF system, which caused John Robbenhaar, counsel of record, to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Filed Electronically*
JON K. STANFORD
Assistant U.S. Attorney